IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JEREMIAH G. POSTEMICE,**

    **Petitioner,**

v.                                   Case No. 3:25-cv-988-AW-HTC

**WARDEN R. QUINN,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Jeremiah Postemice sought mandamus relief against the warden of the state facility in which he is incarcerated. The magistrate judge issued a report and recommendation concluding the court should dismiss. ECF No. 3. Postemice filed no objection.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. I agree with the magistrate judge's conclusion about jurisdiction. But I would dismiss without prejudice either way. As the magistrate judge notes in a footnote on page one, Postemice did not comply with the court's rules because he neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. This is an independent reason to dismiss.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

1

SO ORDERED on August 26, 2025.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge